**STATEMENT OF FACTS**

On Tuesday, November 17, 2020, at approximately 4:00 p.m., members of the Metropolitan Police Department (MPD) Seventh District Crime Suppression Team (7D CST) were on patrol when they observed an individual, later identified as Jerome Winecoff (Defendant Winecoff), walking in front of 218 Orange Street Southeast in Washington, D.C. Defendant Winecoff made eye contact with Officer Jeskie, then moved quickly behind a white van, out of view, to attempt to conceal himself. Officers then observed Defendant Winecoff enter the front passenger side of a burgundy Nissan SUV. Another individual was in the driver seat of the SUV. Officers got out to make contact with Defendant Winecoff and the driver.

Officer Seward approached from the driver's side while Officer Jeskie made contact from the passenger side of the vehicle. When contact was made, Officer Jeskie asked Defendant Winecoff if he had any firearms on him. Both officers could see the distinct outline of a firearm in Defendant Winecoff's pocket. Additionally, Officer Seward could see the rear sights of a pistol sticking out of Defendant Winecoff's left pocket. Officer Jeskie asked Defendant Winecoff about the object in his left pocket and he began to fidget with a small right pants pocket. Defendant Winecoff was ordered out of the vehicle. Defendant Winecoff resisted being detained by officers by pumping his arms. While resisting, a pat down of the left pants pocket of Defendant Winecoff was conducted and a firearm was immediately recognized. Officers continued to struggle to detain Defendant Winecoff. During the struggle, a firearm was recovered from the left pants pocket of Defendant Winecoff. Defendant Winecoff was placed under arrest. Search incident to arrest an additional firearm magazine was recovered from Defendant Winecoff's right pants pocket.

The firearm that recovered was determined to be a tan in color Smith & Wesson, model M&P, .40 caliber handgun with a serial number of NCU5343. When it was recovered, it was loaded with one (1) round in the chamber and ten (10) rounds in a ten (10) round capacity magazine. Additionally, a ten (10) round capacity magazine loaded with ten (10) .40 caliber rounds was recovered from the right pants pocket of the defendant. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce.

A criminal history check of Defendant Winecoff through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction for Murder while Armed in the Second Degree in the Superior Court for the District of Columbia, case number 1998 FEL 5248. The defendant was sentenced to eighteen (18) years to life of incarceration for this offense. The defendant is currently on supervision for this conviction. Therefore, the defendant was aware at the time of his arrest in this case that he had prior convictions for crimes punishable by more than one year.

_____
OFFICER CORBIN SEWARD
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 18th day of November, 2020.*

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

Case: 1:20-mj-232
Assigned to: Judge Zia M. Faruqui
Assign Date: 11/18/2020
Description: COMPLAINT W/ARREST WARRANT